```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
          EASTERN DIVISION
```

| | | |
|---|---|---|
| **ALICE TAYLOR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23-cv-01211-TMP |
| | ) | |
| **MARTIN O'MALLEY,** | ) | |
| **COMMISSIONER OF SOCIAL SECURITY** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DIRECTING COMMISSIONER TO RESPOND**

On April 25, 2024, the plaintiff filed her Motion for an Award of Attorney Fees under the Equal Access to Justice Act. (ECF No. 19.) The motion was styled as an unopposed motion, but the plaintiff stated in the Certificate of Consultation that counsel for the defendant "ha[d] no objections to the filing of Plaintiff's Motion but has reserved the right to respond." (ECF No. 19-3 at PageID 497.) The deadline to respond was May 9, 2024, but the defendant has not submitted a response.

Therefore, the defendant has until Monday, May 20, 2024, to respond to the plaintiff's motion. If the defendant fails to respond, then the undersigned will consider whether the plaintiff's motion should be granted solely on the arguments contained therein.

IT IS SO ORDERED.

```
                              s/Tu M. Pham
                              TU M. PHAM
                              Chief United States Magistrate Judge

                              May 14, 2024
                              Date
```